AO 91 (Rev. 11/11)  Criminal Complaint

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

APR 09 2013
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Ogbonnaya Chibuzo OBI | )<br>)<br>)  Case No. 13-707 BPG<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 5, 2013_____ in the county of _____Anne Arundel_____ in the
_____ District of _____Maryland_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 911 | False Claim of United States Citizenship |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Mary Horn, Special Agent, Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-9-13 nunc pro
tunc 4-8-13

City and state: Baltimore, MD

_____
Judge's signature

Hon. Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## I. Purpose of the Affidavit

1. This affidavit is submitted in support of a criminal complaint charging **Ogbonnaya Chibuzo OBI** with a false claim of United States citizenship, in violation of 18 U.S.C. Section 911.

## II. Your Affiant

2. Your affiant, Mary E. Horn, is a Special Agent of the Homeland Security Investigations, in Baltimore, Maryland and as such, your affiant is a law enforcement officer of the United States.

3. Your affiant has been a duly sworn Special Agent since July 4, 1999, including the former Immigration and Naturalization Service and Immigration and Customs Enforcement. Your affiant is currently assigned to the Port Smuggling Investigations Group, specifically at the Baltimore Washington International Airport (BWI). During her tenure as an HSI Agent, your affiant has participated in numerous investigations involving smuggling, narcotics, and other unlawful activities. These investigations have included the use of surveillance techniques, information analysis and the execution of search, seizure, and arrest warrants. Your affiant has attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center as well as Immigration Officer Basic Training Program. Your affiant is familiar with the facts and circumstances of the investigation that is the subject of this criminal complaint application.

4. Your affiant is familiar with the facts and circumstances of the investigation that is the subject of this affidavit.

1

5.      The information set forth below is based upon my personal observations or upon information provided to me by other law enforcement officers participating in the investigation.

### III.    Applicable Statute

18 U.S.C. § 911 (False Claim of United States Citizenship)

> Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title and imprisoned not more than three years, or both.

### IV.    Probable Cause

6.      On or about April 5, 2013, at approximately 8:30pm, United States Customs and Border Protection Officers (CBP) at the Baltimore-Washington International Airport inspected an individual, later identified as Ogbonnaya Chibuzo OBI, who presented a United States passport bearing the name Jontae William THOMAS and represented himself to be that person. OBI, using the passport bearing the name THOMAS, entered the United States from London, England. OBI (representing himself as "THOMAS") had traveled from Lagos, Nigeria through London, England to BWI on British Airways flight 229. CBP Officer Sadowski began questioning OBI as to his identity. When OBI began to speak, he had a noticeable Nigerian accent and when asked by Officer Sadowski about his accent, OBI claimed he was raised by a Nigerian nanny. Officer Sadowski asked OBI his mother's maiden name and he did not know it.

7. A National Crime Information Center (NCIC) query was conducted for Jontae William THOMAS, date of birth REDACTED 977. A name and date of birth match was found for FBI # 909410DB6, indicating an arrest in Maryland in 1996 for Possession of a Controlled Dangerous Substance. Additionally, the NCIC record contained a social

security number of REDACTED 310 and that Thomas had a tattoo on his right shoulder. CBP Officer Slep asked OBI if he had ever been arrested or if he had a tattoo and he stated no to both. Officer Slep asked OBI the last four digits of his social security number, and OBI responded that it was 1310.

8. Special Agent Horn obtained a Maryland driver license photo for a Jontae William THOMAS from the Maryland Transportation Authority Police at BWI and immediately determined that this was not the same individual as the one claiming to be THOMAS at BWI.

9. OBI was taken into a CBP office for an electronic fingerprint analysis and the results indicated the fingerprints belonged to an individual named Ogbonnaya Chibuzo OBI, date of birth REDACTED 1974, a citizen of Nigeria, FBI # 943404VB4 and alien registration number A79 701 473. OBI had been arrested and convicted in June 2005 for 18 USC Section 371, Conspiracy to Defraud the United States, and sentenced to two years probation. Further HSI database queries indicated that OBI was ordered deported from the United States by an Immigration Judge in August 2005. Also, a photo was located in HSI databases for the individual with alien file number A 79 701 473 and the photo matched the person presenting himself as Jontae THOMAS to CBP at BWI airport on April 5, 2013.

### IV. Conclusion

11. Based on the foregoing, I submit that there is probable cause to believe that Ogbonnaya Chibuzo OBI did make a false claim of United States citizenship, in violation of 18 U.S.C.§ 911.

_____
Mary Horn
Special Agent
Homeland Security Investigations

Subscribed and sworn before me on April 9, 2013   (nunc pro tunc April 8, 2013)*

_____
Honorable Beth P. Gesner
United States Magistrate Judge

*revisions to redact personal identifying information